UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ALEXANDRA LARDIS, *individually and on behalf of all others similarly situated*

Plaintiff,

1:23-cv-10241 (ALC)

-against-

**ORDER GRANTING STAY**

COLUMBIA UNIVERSITY,

Defendant.

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On December 19, 2023, Defendant requested a stay of this case. (ECF No. 7). Alexandra Lardis' complaint has been noticed as a potential tag-along action in the United States Judicial Panel on Multidistrict Litigation ("JPML") *In re Moveit Customer Data security Breach Litigation*, Case MDL No. 3083, ECF No. 573 ("MOVEit MDL"). The Court will stay proceedings in this case pending transfer to the MDL if such transfer is granted by the JPML. If transfer to the MDL is denied, a stay of the deadline to respond to the complaint is granted until 30 days after denial of transfer.

**SO ORDERED.**

**Dated:** January 10, 2024

  New York, New York

ANDREW L. CARTER, JR.
United States District Judge