## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA LARDIS, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>COLUMBIA UNIVERSITY,<br><br>               Defendant. | Case No. MDL-3083-NYS-1:23-cv-10241<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alexandra Lardis hereby dismisses without prejudice all claims against Defendant Columbia University.

Dated:  February 13, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Matthew A. Girardi*
     Matthew A. Girardi

Matthew A. Girardi
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: mgirardi@bursor.com

*Attorneys for Plaintiff*